# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

Alexander C. Von Eremeef

# WARRANT FOR ARREST

CASE NUMBER: 3:05CR284

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Alexander C. Von Eremeef
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court
( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with (brief description of offense) **Knowingly and voluntarily combine, conspire, confederate and agree with others to infringe a copyright by the reproduction and distribution, of copyrighted works which have a total retail value of more than $2,500.**

in violation of Title 18: 17 United States Code, Section(s) 2319, 371 and 2: 506

Frank G. Johns
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

9/13/05    Charlotte, NC
Date and Location

Bail fixed at $ [Bail Amount $]    by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF JUDICIAL OFFICE |
|---|---|---|
| DATE OF ARREST | | |