UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR284 |
| | ) | |
| vs. | ) | MOTION TO DISMISS |
| | ) | |
| ALEXANDER VON EREMEEF | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court endorsed on the attached Order for Dismissal, the United States Attorney for the Western District of North Carolina hereby moves to dismiss ALEXANDER VON EREMEEF from the Bill of Indictment in the above captioned case without prejudice.

Respectfully submitted this the 14th day of April, 2006.

GRETCHEN C.F. SHAPPERT
United States Attorney

s/ Corey F. Ellis

COREY F. ELLIS
Assistant United States Attorney
N.C. Bar No. 21670
100 Otis Street
Asheville, NC 28801
Telephone: 828-271-4661
Fax: 828-271-4670
E-mail: Corey.Ellis@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the above upon the defendant by via ECF to the counsel of record, John James Cacheris, at cacherislaw@bellsouth.net.

This the 14th day of April, 2006.

                                              s/Alicia W. Shelton

                                              Alicia W. Shelton
                                              Paralegal Assistant