UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR284 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| ALEXANDER VON EREMEEF | ) | |

Leave of Court is hereby **GRANTED** for the dismissal of ALEXANDER VON EREMEEF from the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

IT IS SO ORDERED.

Signed: April 18, 2006

Graham C. Mullen
United States District Judge